AMANDA LYN GENOVESE
212.704.6227 telephone
212.704.6288 facsimile
amanda.genovese@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York  10022
212.704.6000 telephone
troutmansanders.com

October 1, 2015

**VIA ECF**

Hon. Douglas E. Arpert
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08108

> Re: ***Bracha Pollak v. Portfolio Recovery Associates, LLC*,**
> **No. 3:15-cv-04025-FLW-DEA: Request to Appear Telephonically for Rule 16 Conference**

Dear Judge Arpert:

This firm represents Defendant, Portfolio Recovery Associates, LLC ("PRA") in the above-referenced action. Lead counsel for PRA, David N. Anthony, who is admitted *pro hac vice* resides in Richmond, Virginia and, therefore, respectfully requests authorization from Your Honor for the parties to telephonically appear at the Initial Pre-trial Conference scheduled for October 8, 2015 at 10:00 a.m. Plaintiff's counsel does not object to the request.

This request is not intended to prejudice any of the parties.

If Your Honor has any questions, please do not hesitate to contact my office.

Respectfully Submitted,

*/s/ Amanda L. Genovese*

Amanda L. Genovese

cc: All Counsel of Record (via ECF and electronic mail)