

Yitzchak Zelman <yzelman@marcuszelman.com>

## PRA ads. Pollak - Discovery Requests to Plaintiff

**Mihalko, Meagan Anne** <Meagan.Mihalko@troutmansanders.com>  Fri, Sep 2, 2016 at 6:48 PM
To: Yitzchak Zelman <yzelman@marcuszelman.com>
Cc: "Anthony, David N." <David.Anthony@troutmansanders.com>, "Genovese, Amanda Lyn" <Amanda.Genovese@troutmansanders.com>

Yitzchak,

Out of an abundance of caution, we are serving the attached discovery on Plaintiffs.  After reviewing the Court's Scheduling Order, it states that discovery is to be completed by October 14, 2016.  While we did not understand the Court's Order to require the parties to complete class-related discovery, we are serving discovery in the event that is what the Court intended.  We suggest contacting the Court next week to seek clarification on the applicability of the October 14, 2016 deadline to class-related discovery.  If the Court intended that class-related discovery was to occur after summary judgment, then we would not necessarily need Plaintiffs to respond to the enclosed discovery until that time frame is set by the Court. We will touch base with you early next week regarding the submission of a joint letter to the Court.

Please let me know if you have any questions.  Hard copies are also being mailed to you.

Thanks,

Meagan

**Meagan A. Mihalko** | Associate | Troutman Sanders LLP

1001 Haxall Point, Richmond, Virginia 23219

Direct: 804.697.1281 | Facsimile: 804.697.1339

meagan.mihalko@troutmansanders.com | www.troutmansanders.com

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

11/14/2016 Marcus Zelman, LLC Mail - PRA ads. Pollak - Discovery Requests to Plaintiff

Case 3:15-cv-04025-BRM-DEA   Document 40-1   Filed 11/14/16   Page 2 of 2 PageID: 173

**7 attachments**

- **Document.pdf**
  40K
- **PRA RFAs to Pollak.pdf**
  80K
- **PRA Doc. Req. to Pollak.pdf**
  264K
- **PRA Interrogatories to Pollak.pdf**
  255K
- **PRA RFAs to Beneli.pdf**
  76K
- **PRA Doc. Req. to Beneli.pdf**
  267K
- **PRA Interrogatories to Beneli.pdf**
  253K