**Ari H. Marcus, Esq.**
Licensed to Practice in NJ NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondences to NJ Office*

September 10, 2018

Honorable U.S. District Judge Brian R. Martinotti
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey
**Via ECF**

    RE:    Pollak v. Portfolio Recovery Associates, LLC
             Case No.: 3:15-cv-04025-BRM-DEA

Dear Judge Martinotti:

    As Your Honor is aware, the undersigned represents the Plaintiff in the above-referenced matter.

    Pursuant to Your Honor's September 10, 2018 notice setting a telephone conference on September 12, 2018 at 10:30am, this letter serves to confirm receipt of same.

    Thank you.

                                   Respectfully submitted,

                                   /s/ Ari Marcus
                                 Ari Marcus, Esq.