Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Amanda Lyn Genovese**
D 212.704.6227
F 212.704.6288
amanda.genovese@troutman.com

September 10, 2018

**VIA ECF**

The Honorable Brian Martinotti
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08108

    Re:    *Pollak, et al. v. Portfolio Recovery Associates, LLC*
            Case No. 3:15-cv-4025-BRM-DEA
            **Confirmation of Receipt of Order**

Dear Judge Martinotti:

       In accordance with your September 10, 2018 Order, Counsel for Defendant Portfolio Recovery Associates, LLC ("PRA") writes to confirm receipt of the Order for telephone conference set for September 12, 2018 at 10:30 a.m.

       We thank Your Honor for your attention to this matter.


Sincerely,


*/s/ Amanda Lyn Genovese*
Amanda Lyn Genovese

    cc:    All Counsel of Record (via ECF)

36322010v1